UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK H. KAUFMAN, M.D.,
    PLAINTIFF    Case No. 2:10-cv-12270-PJD-MAR

vs

MICHIGAN FAMILY INDEPENDENCE AGENCY,
a State Agency of the State of Michigan, et al.
    DEFENDANTS,
    Jointly and Severally.

---

STIPULATION AND ORDER FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

The parties, by and through their attorneys, stipulate and agree that the above-captioned case be dismissed without prejudice and without costs.

| /s/ Jeanmarie MIller | /s/ Michelle E. Vocht |
|---|---|
| Jeanmarie Miller (P44446) | Michelle E. Vocht (P32924) |
| Assistant Attorney General | Attorney for Plaintiff |
| for all defendants | 36700 Woodward Ave., Ste. 205 |
| P.O. Box 30736 | Bloomfield Hills, MI 48304 |
| Lansing, MI 48909 | 248-540-7660 |
| 517-373-6434 | vocht@rsmv.com |
| millerj51@michigan.gov | |

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 27, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 27, 2010, by electronic and/or ordinary mail.
    s/Marilyn Orem
    Case Manager